THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
 Willie Young, III,       
 Appellant.
 
 
 

Appeal From Orangeburg County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-564
Submitted July 15, 2003  Filed September 29, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 Office of the Attorney General, of Columbia, Walter M. Bailey, Jr., First Circuit 
 Solicitor's Office, of Summerville, for Respondent.
 
 
 

PER CURIAM: On August 23, 2002, an Orangeburg 
 County jury found Willie Young guilty of armed robbery but not guilty for possession 
 of a weapon during the commission of a violent crime.  Young appeals his conviction, 
 arguing the trial court should have set aside his conviction because the guilty 
 verdict for armed robbery was inconsistent with the not guilty verdict for possession 
 of a weapon.    Pursuant to Anders v. California, 386 U.S. 738 (1967), 
 Youngs counsel attached a petition to be relieved, stating he reviewed the 
 record and concluded this appeal lacks merit.  Young filed a separate pro 
 se brief, arguing the following four issues: (1) the trial court erred in 
 refusing to direct a verdict where a material variance existed between the 
 evidence offered at the trial and the allegations presented in the indictment; 
 (2) the trial judge lacked subject matter jurisdiction; (3) the evidence was 
 insufficient to sustain the conviction for armed robbery; and (4) the trial 
 court was prejudicial to him by refusing to set aside the armed robbery conviction 
 when a material variance existed. Youngs counsel attached to the brief a petition 
 to be relieved as counsel, stating he had reviewed the record and concluded 
 Youngs appeal lacks merit.  After a thorough review of the record and counsels 
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Youngs appeal and grant counsels 
 motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.